ACCEPTED
04-14-00800-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/19/2015 9:55:08 AM
KEITH HOTTLE
CLERK



# SAM H. LOCK
LAWYER

February 19, 2015

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

2/19/2015 9:55:08 AM

KEITH E. HOTTLE
Clerk

Keith E. Hottle
Clerk of the Court
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

Dear Mr. Hottle:

I represent Whitney Knowlton in Cause No. 12-1160-CR in the 25th Judicial District Court of Guadalupe County, Texas in a Motion for Shock Probation. I also represent her in Cause No. 156-14-A in the 2nd 25th Judicial District Court in Gonzales County, Texas.

I do not represent her in any appeal before the Fourth Court of Appeals. I was unaware that such an appeal was pending until notified by Jonathan Quintero with the Fourth Court of Appeals. It is now my understanding that Ms. Knowlton's previous counsel filed a notice of appeal with a motion to withdraw on November 7, 2014.

Ms. Knowlton has informed me that she does not wish to prosecute an appeal and would like for me to continue to pursue the Motion for Shock Probation on her behalf in Guadalupe County, 25th Judicial District Court. We are currently set for March 6, 2015, in that matter. I expect it to be resolved on that date.

I will help this Court with any other clarification that the Court requires.

Sincerely,

Sam Lock

BEXAR COUNTY
1017 S. ALAMO
SAN ANTONIO, TX 78210
210.226.0965
LOCKLAWFIRM.COM

GUADALUPE COUNTY
109 W. COURT STREET
SEGUIN, TX 78155
830.372.1522
LOCKLAWFIRM.COM